IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

*******

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 12-9-H-CCL |
| Plaintiff, | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING |
| -vs- | |
| PAUL ROY SCHMIDT, | |
| Defendant. | |

*******

In accordance with the Findings and Recommendations of the United States Magistrate Judge Keith Strong, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), Defendant's pleas of guilty to Counts I, VI, and VII of the Superseding Indictment are hereby accepted. The Defendant is adjudged guilty of these offenses. All parties shall appear before this Court for sentencing as directed on

October 18, 2012, at 10:00 a.m., United States Courthouse, Helena.

The Clerk is directed forthwith to notify the parties of entry of this order.

Done and dated this 6th day of August, 2012.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE